1  McGREGOR W. SCOTT
   United States Attorney
2  PHILIP N. TANKOVICH
   Special Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000

5  Attorneys for Plaintiff

6

7                   UNITED STATES DISTRICT COURT

8                   EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,        | Case No. 1:20-po-00200-SAB
11 |          Plaintiff,               |
12 | v.                                | MOTION AND ORDER FOR DISMISSAL
                                        WITHOUT PREJUDICE
13 | WILLIAM H CROCKETT,               |
14 |          Defendant.               |
15

16

17      The United States of America, by and through McGregor W. Scott, United States Attorney, and

18 Philip N. Tankovich, Special Assistant United States Attorney, pursuant to Rule 48(a) of the Federal

19 Rules of Criminal Procedure, moves to dismiss this case in the interest of justice without prejudice, and

20 moves to vacate the status conference set for February 18, 2021 at 10:00a.m.

21
   DATED:  February 16, 2020              Respectfully submitted,
22
                                          McGREGOR W. SCOTT
23                                        United States Attorney

24                              By:       /s/ Philip N. Tankovich
                                          PHILIP N. TANKOVICH
25                                        Special Assistant U.S. Attorney

26

27

28
                                          1

**O R D E R**

IT IS HEREBY ORDERED that this case is dismissed in the interest of justice without prejudice and status conference set for February 18, 2021 at 10:00am is vacated.

IT IS SO ORDERED.

Dated: __**February 17, 2021**__

UNITED STATES MAGISTRATE JUDGE